IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 24-CR-200 06 |
| | ) | |
| DAVETTA N. COX, | ) | Title 18, United States Code, |
| | ) | Section 1958. |
| Defendant. | ) | |

FILED
FEB 0 6 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INDICTMENT

### COUNT 1
(Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

**THE GRAND JURY CHARGES:**

Between January 16, 2024, and January 26, 2024, in Edgar and Coles Counties, in the Central District of Illinois, and elsewhere,

**DAVETTA N. COX,**

defendant herein, used and caused another to use a facility of interstate commerce, namely, a cellular telephone, with intent that a murder be committed in violation of the law of Illinois, specifically, first degree murder in violation of 720 ILCS 5/9-1(a), as consideration for a promise and agreement to pay anything of pecuniary value, namely, money.

In violation of Title 18, United States Code, Section 1958.

## COUNT 2
(Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

**THE GRAND JURY CHARGES:**

On or about January 26, 2024, in Coles County, in the Central District of Illinois, and elsewhere,

**DAVETTA N. COX,**

defendant herein, used and caused another to use a facility of interstate commerce, namely, an automobile, with intent that a murder be committed in violation of the law of Illinois, specifically, first degree murder in violation of 720 ILCS 5/9-1(a), as consideration for a promise and agreement to pay anything of pecuniary value, namely, money.

In violation of Title 18, United States Code, Section 1958.

# FORFEITURE NOTICE

1. The charges contained in Counts One and Two, above, are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. For her engagement in the violations alleged in Counts One and Two,

**DAVETTA N. COX,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all interest in:

    a. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One and Two of this Indictment, including but not limited to: a black iPhone in a blue/tan Otterbox brand phone case that was seized from Davetta N. Cox on January 26, 2024, by agents with the Federal Bureau of Investigation.

A TRUE BILL.
s/FOREPERSON

FOREPERSON

s/DOUGLAS QUIVEY

GREGORY K. HARRIS
United States Attorney
RER